DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada State Bar No. 5109
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: patrick.rose@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI J. IRISH, COLBY G. IRISH, and LORTEX TRUST,<br><br>     Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA and NATIONAL LABOR RELATIONS BOARD,<br><br>     Defendants. | Case No. 2:14-cv-1349-LDG-VCF |

**MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Dawn Goldstein and Polly Misra to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Dawn Goldstein and Polly Misra are attorneys with the National Labor Relations Board, an agency of the federal government. Ms. Goldstein is an active member in good standing of the bar of the State of Massachusetts, Bar No. 600181, and Ms. Misra is an active member in good standing of the bar of the State of Ohio, Bar No. 62159.

The following information is provided to the Court:

Dawn Goldstein
Supervisory Attorney
Phone: 202-273-2936
Fax: 202-273-4244
Email: dawn.goldstein@nlrb.gov

Polly Misra
Senior Trial Attorney
Phone: 202-273-3744
Fax: 202-273-4244
Email: polly.misra@nlrb.gov

National Labor Relations Board
1099 14th Street, NW Suite 10700
Washington, DC 20570

Accordingly, the United States respectfully requests that the Court admit Dawn Goldstein and Polly Misra to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 27th day of October, 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

_____November   2014_____