UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

2014 DEC -5 P 3: 06

LORI J. IRISH et al

Plaintiffs

v          Case No. 2:14-cv-1349-LDG-VCF

UNITED STATES OF AMERICA
et al

Defendants

## MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTIONS

Plaintiff's hereby ask for a 30 day extension of time to file their response to Defendants' current Motions. Lori irish is still recovering from cataract surgery she recently had performed. Exhibit "1"  She is still having a little trouble seeing close as the new lenses placed in her eyes heal.

Lori Irish also has an Initial Brief due in the Ninth Circuit Court of Appeals on December 22, 2014. Exhibit "2". She has already been given a second extension by the Ninth Circuit

because of her eye surgery. I would like for this Court to take notice that the Ninth Circuit Appeal involves the very same agency that she is currently suing in this Court.

Lori Irish is not an attorney and does not have offices of attorneys that both United States Attorney's office and well as the NLRB offices have.

Defendants are not capable of preparing both an opening brief in the NInth Circuit and a response to this current Motion at the same time. Defendants are not attorneys so it takes them considerably more time to prepare and research briefs and reply motions. We ask this Court to grant a 30 extension of time to file a response.

Respectfully submitted this 5th day of December 2014.

_____        _____        _____
Lori Irish                                    Colby Irish                                    Lortex Trust, Lori Irish Trustee

ORDER

IT IS SO ORDERED.

DATED this ____ day of December, 2014.

_____
Lloyd D. George
Sr. U.S. District Judge

Exhibit 1



**NEW EYES**
www.neweyeslasvegas.com

Tel 702.485.5000
Fax 702.485.5001

Helga F. Pizio. MD
Paul W. Hiss. MD
Ksenia Stafeeva. MD
Ilan Reizes. MD
Jeffrey K. Austin. OD
Todd A. Hartman. OD

11-4-14

Lori Irish
1904 Redbird Crest
Las Vegas, NV 89134

To whom it may concern,

Patient had Cataract surgery in both eyes. Right eye surgery was done on 10-14-2014 and left eye was done on 9-23-2014. Patient is using eye drops in right eye for 28 days after surgery. Patient will continue use of drops until 11-11-2014. Patient is currently using Prednisolone and Ketorolac in right eye four times a day. Patient is to continue post-op care with Dr. Stafeeva and it to keep future appointments as scheduled. next appointment is scheduled for 11.12.14.

Thank you and if you need further information do not hesitate to contact us.

Misty Richardson, COT

*[signature]*

New Eyes Las Vegas: 501 Rose St, Suite 150, Las Vegas, NV 89106
New Eyes Henderson: 2510 Wigwam Pkwy, Suite 104, Henderson, NV 89074
New Eyes Summerlin: 10105 Banbury Cross Dr, Suite 255, Las Vegas, NV 89144

Exhibit "2"

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

OCT 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>      Petitioner - Appellee,<br><br>v.<br><br>LORI IRISH,<br><br>      Respondent - Appellant. | No. 13-17409<br><br>D.C. No. 2:12-cv-01747-LRH-CWH<br>District of Nevada,<br>Las Vegas |
| NATIONAL LABOR RELATIONS BOARD,<br><br>      Petitioner - Appellee,<br><br>v.<br><br>LORI IRISH,<br><br>      Respondent - Appellant. | No. 14-15054<br><br>D.C. No. 2:12-cv-01747-LRH-CWH<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Appellant's second motion for an extension of time to file the opening brief is granted. Appellant's opening brief in these consolidated appeals is now due December 22, 2014. Appellee's answering brief is due January 21, 2015.

KK/MOATT

The optional reply brief is due 14 days after service of the answering brief.

On September 22, 2014, appellant filed a motion for copies of the deposition transcripts for Richard Sipan and Karina Ghadyan (docket No. 13 in appeal No. 13-17409). The court has received appellee's October 1, 2014 response stating that it has provided appellant with copies of the deposition transcripts for Richard Sipan and Karina Ghadyan (docket No. 14 in appeal No. 13-17409). Accordingly, within 21 days after the date of this order, appellant shall withdraw her September 22, 2014 motion or show cause why it is not moot. Failure to respond to this order will result in the Clerk denying the September 22, 2014 motion as moot (docket No. 13 in appeal No. 13-17409).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kerry Kumabe
    Deputy Clerk