DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: patrick.rose@usdoj.gov

POLLY MISRA
DAWN GOLDSTEIN
National Labor Relations Board
1099 14th Street, NW, Suite 10700
Washington, DC 20570
Telephone: (202) 273-2936
polly.misra@nlrb.gov
dawn.goldstein@nlrb.gov

Attorneys for Federal Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LORI J. IRISH, COLBY G. IRISH, and LORTEX TRUST<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, NATIONAL LABOR RELATIONS BOARD,<br><br>Defendants. | Case No. 2:14-cv-1349-LDG-VCF |

**MOTION TO PERMIT TELEPHONIC APPEARANCE OF GOVERNMENT ATTORNEY**

On August 19, 2014, plaintiffs filed their complaint against defendants, the United States of America, and the National Labor Relations Board. (#1).

On November 25, 2014, defendants moved to dismiss the complaint for lack of jurisdiction and for failure to state a claim. (#6). That motion has been fully briefed (## 12, 13), and is pending decision.

1

On January 10, 2015, this Court issued its order granting defendants' motion to stay discovery (#11, #14).  The Court stayed discovery for a four-month period, or until it ruled upon the pending Motion to Dismiss, whichever occurred first.  (#14).

In that order, this Court also set a status hearing for 10:00 a.m., on July 7, 2015. (#14).

Undersigned counsel, AUSA Rose, will appear at this hearing; however, he must also appear at hearing on various motions in *Ministerio Roca Solida v. United States Department of Fish and Wildlife*, Case No. 2:12-cv-01488-RFB-VCF, before Judge Boulware at 10:30 a.m. that same morning.  Thus, AUSA Rose may need to leave the *Irish* hearing before it ends.  For this reason, it is respectfully requested that permission to telephonically appear be granted to National Labor Relations Board supervisory attorney Dawn L. Goldstein in Washington, D.C.  Ms. Goldstein is admitted to practice before the Court and is thoroughly acquainted with the Agency's policies and regulations as applied to this case as well as the administrative history of the case.

It is respectfully requested that an order be issued permitting Ms. Goldstein to address the Court by telephone at the July 7, 2015 status hearing in this case.  For the hearing, Ms. Goldstein can be reached by telephone at 202-793-0693, or requests that the Court direct her as to a call-in number for the courtroom.

Respectfully submitted this 29th day of June 2015.

                DANIEL G. BOGDEN
                United States Attorney

                 */s/ Patrick A. Rose*
                PATRICK A. ROSE
                Assistant United States Attorney

                POLLY MISRA
                *Senior Trial Attorney*

                DAWN GOLDSTEIN
                Supervisory Attorney
                National Labor Relations Board

**PROOF OF SERVICE**

I, Patrick Rose, certify the following individuals were served with a copy of the **MOTION TO PERMIT TELEPHONIC APPEARANCE OF GOVERNMENT ATTORNEY** on the date and via the method of service identified below:

**First-Class Mail**:

Lori J. Irish
1904 Red Bird Crest
Las Vegas, NV 89134
Pro Se

Colby G. Irish
1904 Red Bird Crest
Las Vegas, NV 89134
Pro Se

Lortex Trust
c/o Lori J. Irish
1904 Red Bird Crest
Las Vegas, NV 89134
Pro Se

Dated this 29th day of June 2015.

　　　　　　　　　　　　　　*/s/ Patrick A. Rose*
　　　　　　　　　　　　　　PATRICK A. ROSE
　　　　　　　　　　　　　　Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORI J. IRISH, COLBY G. IRISH, and LORTEX TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, NATIONAL LABOR RELATIONS BOARD, <br><br> Defendants. | Case No. 2:14-cv-1349-LDG-VCF |

**ORDER GRANTING MOTION TO PERMIT TELEPHONIC APPEARANCE OF GOVERNMENT ATTORNEY**

On June 29, 2015, the United States of America and the National Labor Relations Board, a federal agency, moved to permit the telephonic appearance of National Labor Relations Board attorney Dawn Goldstein at the status hearing on July 7, 2015, at 10:00 a.m. Good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, and the telephonic appearance shall be initiated as follows:

The parties are instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 30th day of June, 2015.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**